**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**GREGORY BRADLEY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No. 3:17cv251-RV-CJK**

**SUSAN PRIDDY, et al.,**

    **Defendants.**
_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 4, 2017 (doc. 11). Plaintiff has not been furnished a copy of the Report and Recommendation due to his failure to provide the court with a valid address. Plaintiff, therefore, has not been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Nevertheless, having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of November, 2017.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**